April 6, 1977.

M. P. No. 77-49. GILBANE BUILDING COMPANY *v.* VINCENT CIANCI, JR., *et al.* Defendant, Capaldi Bros. Corporation-Campanella Corporation, has elected not to furnish the bond required by our order in this case of March 18, 1977. Accordingly, the stay previously granted by that order is hereby vacated. *John T. Walsh, Jr.,* for plaintiff. *Ronald H. Glantz,* Acting City Solicitor, *Abedon & Visconti Ltd., Girard R. Visconti,* for Capaldi Bros. Corporation-Campanella Corporation, for defendants.